■ JULIE A. SEGER, as Administratrix of the Estate of TODD J. SEGER, Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 65683.)—Judgment unanimously affirmed, with costs, on the opinion at Court of Claims, McMahon, J. (Appeal from judgment of Court of Claims, McMahon, J.—wrongful death.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Pine, JJ.